IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                     *
                                              CASE NO. 09-03939(ESL)

JUANA M ORTIZ PABON
                                              CHAPTER 13
    Debtor(s)
-----------------------------------*

REPLY TO TRUSTEE'S UNFAVORABLE REPORT ON CONFIRMATION

TO THE HONORABLE COURT:

NOW COMES the above named debtors through the undersigned attorney and very respectfully prays and alleges:

1. That the chapter 13 Trustee filed an Unfavorable Report on Confirmation of Plan dated July 8, 2009 inasmuch as the same is insufficiently funded to pay the general unsecured creditors 100 + 6%.

2. That debtor filed amended plan dated December 2, 2009 with a base of $25,200.00 which is sufficiently funded to pay 100 + 6% to the general unsecured creditor.

3. That debtor is current with the plan.

WHEREFORE it is respectfully requested that this Honorable Court take notice of the aforestated, and confirm the amended plan dated December 2, 2009 on its day.

I CERTIFY that on this date I sent by electronic mail a true copy of this motion to trustee Alejandro Oliveras, Esq., and by regular U.S. to parties in interest and to creditors as per master address list.

In San Juan, Puerto Rico, this December 2, 2009.

/s/EMILY D DAVILA
WILLIAM DAVILA DE PEDRO, ESQ.
USDC-PR 128809
EMILY D. DAVILA, ESQ.
USDC-PR 214503
420 PONCE DE LEON, MIDTOWN 311
SAN JUAN, PR  00918
TEL. 787, 759-8090 FAX 759-9620

```
ORTIZ PABON JUANA MARCIA
URB VILLA CAROLINA
173 11 CALLE 439
CAROLINA   PR   00985


WILLIAM DAVILA DE PEDRO ESQ
420 PONCE DE LEON AVENUE
MIDTOWN BLDG  SUITE 311
SAN JUAN   PR   00918


R & G MORTGAGE
BANKRUPTCY DIVISION
GPO BOX 362394
SAN JUAN   PR   00936
```